# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2026-1351
_____

BRYAN K. WIETLISPACH,

Appellant,

v.

CDT SP JAMESTOWN WOODS
LLC,

Appellee.

_____


On appeal from the County Court for Leon County.
Nina Ashenafi Richardson, Judge.


August 5, 2026

PER CURIAM.

Upon review of Appellant's amended initial brief, this court finds no basis for reversal and therefore affirms pursuant to Florida Rule of Appellate Procedure 9.315(a).

ROBERTS, KELSEY, and TREADWELL, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Bryan K. Wietlispach, pro se, Appellant.

No appearance for Appellee.